

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2017

No. 04-17-00436-CR & 04-17-00437-CR

David Stuart **BISHOP**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR3325 & 2015CR3326
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2017.

_____
Keith E. Hottle
Clerk of Court